**Order filed August 19, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00313-CR

_____

**NORMAN ANDREW PUCKETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1374245**

## ORDER

The reporter's record in this case was due **June 9, 2014**. *See* Tex. R. App. P. 35.1. The official court reporter, Kathleen O'Connor Powers, filed 8 volumes of the record on May 27, 2014. On June 12, 2014, this court granted an extension of time to a substitute reporter, Patricia Palmer, to file the remaining volume of the record by July 9, 2014. On July 8, 2014, we granted a second extension of time to file the remaining volume until August 8, 2014, noting that no further extensions

would be granted absent exceptional circumstances. The remaining record has not been filed with the court. On August 18, 2014, the reporter filed a third request for an extension, stating the additional record is only 100 pages. Because the complete reporter's record has not been filed timely, we **DENY** the request and issue the following order.

We order **Patricia Palmer**, the substitute court reporter, to file the record in this appeal **within twenty days** of the date of this order. No further extension will be entertained absent exceptional circumstances.

The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Patricia Palmer does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM